JAMES MATTESICH (SBN 54069)
MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
MattesichJ@gtlaw.com
KoenigsbergM@gtlaw.com

DAVID J. SAENZ (SBN 209338)
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
SaenzD@gtlaw.com

Attorneys for Plaintiff
CE Resource. Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CE RESOURCE, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CEUFAST, INC., a Florida corporation, and PATRICIA HARTLEY, an individual<br><br>　　　　Defendant. | CASE NO. 2:08-cv-2017<br><br>**STIPULATION AND [PROPOSED] PERMANENT INJUNCTION ON CONSENT AND NOTICE OF DISMISSAL AS TO DEFENDANT CEUFAST, INC.** |

WHEREAS, Plaintiff CE Resource, Inc. ("Plaintiff"), having commenced this action for an injunction and other relief against defendant CEUFast, Inc. ("Settling Defendant"); and

WHEREAS, Plaintiff and Settling Defendant, having entered into a Settlement Agreement and stipulated to entry of a Permanent Injunction on Consent.

THE PARTIES THEREFORE STIPULATE as follows:

1  Settling Defendant and its agents, employees, representatives and any other
2  persons or entities acting in concert or participation with Settling Defendant are
3  permanently enjoined and restrained from knowingly or negligently making any copies,
4  distributions, public displays, public performances or derivative works of the Plaintiff's
5  Conscious Sedation Course, U.S. Copyright Registration No. No. TX 6-100-374, and
6  from assisting, aiding, or abetting any other person or business entity in engaging in or
7  performing any such activities;
8  This Court has jurisdiction over the parties, and the subject matter of the action.
9  This Court shall retain jurisdiction to the extent necessary to enforce this Injunction and
10  the Settlement Agreement between the parties dated December 1, 2008, which is hereby
11  made a part hereof and incorporated by reference, and to determine any issues that may
12  arise under either;

1 | All claims asserted in this action by or between Plaintiff and Settling Defendant
2 | are hereby dismissed with prejudice and without costs or disbursements to either party.
3 | DATED:  December 8, 2008                         GREENBERG TRAURIG, LLP
4 |
5 |
6 |                                                                          By: /s/ David J. Saenz
    |                                                                                JAMES MATTESICH
    |                                                                                MARC B. KOENIGSBERG
7 |                                                                                DAVID J. SAENZ
    |                                                                                Attorneys for Plaintiff
8 |                                                                                CE Resource, Inc.
9 |
10 | DATED:  December __, 2008                      CEUFast, Inc.
11 |
12 |                                                                          By:/s Julie Tortorice
    |                                                                                Julia Tortorice
13 |                                                                                CEUFast, Inc.
14 | **SO ORDERED**.
15 |
16 |
17 |                          WILLIAM B. SHUBB
    |                          UNITED STATES DISTRICT JUDGE
18 |
19 |
20 | DATED:  December 9, 2008
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

3
PERMANENT INJUNCTION ON CONSENT AS TO CEUFAST, INC.
NY 239,222,885v4 12-8-08