JAMES MATTESICH (SBN 54069)
MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
MattesichJ@gtlaw.com
KoenigsbergM@gtlaw.com

DAVID J. SAENZ (SBN 209338)
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
SaenzD@gtlaw.com

Attorneys for Plaintiff
CE Resource. Inc.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CE RESOURCE, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CEUFAST, INC., a Florida corporation, and PATRICIA HARTLEY, an individual<br><br>    Defendant. | CASE NO.  2:08-cv-2017<br><br>**STIPULATION AND [PROPOSED] PERMANENT INJUNCTION ON CONSENT AND NOTICE OF DISMISSAL AS TO DEFENDANT PATRICIA HARTLEY** |

**WHEREAS**, Plaintiff CE Resource, Inc. ("Plaintiff"), having commenced this action for an injunction and other relief against defendant Patricia Hartley ("Settling Defendant"); and

**WHEREAS**, Plaintiff and Settling Defendant, having entered into a Settlement Agreement and stipulated to entry of a Permanent Injunction on Consent.

**THE PARTIES THEREFORE STIPULATE** as follows:

1  Settling Defendant and her agents, employees, representatives and any
2  other persons or entities acting in concert or participation with Settling Defendant
3  are permanently enjoined and restrained from knowingly or negligently making
4  any copies, distributions, public displays, public performances or derivative
5  works of the Plaintiff's Conscious Sedation Course, U.S. Copyright Registration
6  No. No. TX 6-100-374, and from assisting, aiding, or abetting any other person or
7  business entity in engaging in or performing any such activities;
8  This Court has jurisdiction over the parties, and the subject matter of the
9  action. This Court shall retain jurisdiction to the extent necessary to enforce this
10 Injunction and the Settlement Agreement between the parties dated December 1,
11 2008, which is hereby made a part hereof and incorporated by reference, and to
12 determine any issues that may arise under either;
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

All claims asserted in this action by or between Plaintiff and Settling Defendant are hereby dismissed with prejudice and without costs or disbursements to either party.

DATED:  December 15, 2008          GREENBERG TRAURIG, LLP


By: /s/ David J. Saenz
    JAMES MATTESICH
    MARC B. KOENIGSBERG
    DAVID J. SAENZ
    Attorneys for Plaintiff
    CE Resource, Inc.

DATED:  December 6, 2008           CEUFast, Inc.


By: /s/ Patricia Hartley
    Patricia Hartley

IT IS SO ORDERED.

DATED:  December 22, 2008          WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE